(July 25, 1923.)

STATE, Respondent, v. HANNAH FOLDEN, Appellant.

[217 Pac. 252.]

APPEAL from the District Court of the Eighth Judicial District, for Bonner County. Hon. John M. Flynn, Judge.

Appellant was convicted of having intoxicating liquor in her possession. Appeal *dismissed.*

Myrvin Davis, for Appellant.

A. H. Conner, Attorney General, James L. Boone, Assistant, and Allen P. Asher, Prosecuting Attorney, of Bonner County, for Respondent.

Counsel file no briefs.

WILLIAM E. LEE, J.—The questions involved in this case are substantially the same as those determined in the cases of *State v. Walker, ante,* p. 18, 214 Pac. 885, and *State v. McRae, ante,* p. 538, 217 Pac. 251, and upon the authority of those cases the appeal in this case is dismissed.

McCarthy, Dunn and William A. Lee, JJ., concur.